UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KELLY ALLEN, et al.,

              Plaintiffs,

    vs.

TRINITY BROADCASTING OF TEXAS, Inc.,

              Defendant.

Case No.: 8:25-cv-00537-JVS-ADS

Hon. Autumn D. Spaeth

PROTECTIVE ORDER

-1-

PROTECTIVE ORDER

Having reviewed the Amended Stipulation for Entry of Protective Order filed by the parties to this action (Dkt. No. 44), by and through their respective counsel of record, the Court finds from the content thereof that good cause exists to adopt the stipulation as an order of this Court;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Stipulation for Entry of Protective Order agreed to by the parties and attached hereto for reference shall, and hereby does, become the Order of this Court.

IT IS SO ORDERED.

DATED: January 21, 2026                    _____/s/ Autumn D. Spaeth_____
                                           AUTUMN D. SPAETH
                                           United States Magistrate Judge

-2-

PROTECTIVE ORDER