**WADE KILPELA SLADE LLP**
Gillian L. Wade, State Bar No. 229124
gwade@waykayslay.com
Marc A. Castaneda, State Bar No. 299001
marc@waykayslay.com
2450 Colorado Ave., Ste. 100E
Santa Monica, California 90404
Telephone: (310) 396-9600

**CARNEY BATES & PULLIAM, PLLC**
Allen Carney (admitted *pro hac vice*)
acarney@cbplaw.com
Hank Bates (SBN 167688)
hbates@cbplaw.com
Samuel R. Jackson (admitted *pro hac vice*)
sjackson@cbplaw.com
One Allied Drive, Suite 1400
Little Rock, AR 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY ALLEN and CHRISTOPHER THOMPSON, on behalf of themselves and all others similarly situated,, <br><br> Plaintiffs, <br><br> vs. <br><br> TRINITY BROADCASTING OF TEXAS, INC. d/b/a TRINITY BROADCASTING NETWORK, <br><br> Defendant. | Case No. 8:25-cv-00537-JVS-ADS <br><br> **STIPULATION OF DISMISSAL** <br><br> Complaint Filed:    March 20, 2025 <br> Amended Complaint Filed: May 9, 2025 <br><br> District Judge: Hon. James V. Selna <br><br> Trial Date: March 2, 2027 |

4906-1047-4086.1

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Kelly Allen and Christopher Thompson ("Plaintiffs") and Defendant Trinity Broadcasting of Texas, Inc. d/b/a Trinity Broadcasting Network ("Defendant"), by and through their respective undersigned counsel of record, hereby stipulate and agree to the dismissal of this action, including all claims asserted therein, on the following terms:

1. All claims asserted in the above-captioned action are hereby dismissed without prejudice.

2. Each party shall bear its own attorneys' fees, costs, and expenses incurred in connection with this action.

3. This Stipulation of Dismissal resolves all claims in this action, and no claims remain pending before the Court.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: April 24, 2026

**WADE KILPELA SLADE LLP**
Gillian L. Wade
Marc A. Castaneda

**CARNEY BATES & PULLIAM, PLLC**
Allen Carney
Hank Bates
Samuel R. Jackson

/s/ *Samuel R. Jackson*
SAMUEL R. JACKSON
Attorneys for Plaintiffs
KELLY ALLEN and CHRISTOPHER THOMPSON

STIPULATION OF DISMISSAL
Case No. 8:25-cv-00537-JVS-ADS

DATED: April 24, 2026

**FOLEY & LARDNER LLP**
Rajiv Dharnidharka
Jeanette Barzelay
John J. Atallah
Micah Chavin

/s/ John J. Atallah
JOHN J. ATALLAH
Attorneys for Defendant
TRINITY BROADCASTING OF TEXAS, INC.

## ATTESTATION

All other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 24, 2026

**CARNEY BATES & PULLIAM, PLLC**
Allen Carney
Hank Bates
Samuel R. Jackson

/s/ Samuel R. Jackson
SAMUEL R. JACKSON
Attorneys for Plaintiffs
KELLY ALLEN and CHRISTOPHER THOMPSON