JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY ALLEN and CHRISTOPHER THOMPSON, on behalf of themselves and all others similarly situated,, <br><br>              Plaintiffs, <br><br>     vs. <br><br> TRINITY BROADCASTING OF TEXAS, INC. d/b/a TRINITY BROADCASTING NETWORK, <br><br>              Defendant. | Case No. 8:25-cv-00537-JVS-ADS <br><br> **ORDER RE STIPULATION OF DISMISSAL [46]** <br><br> Complaint Filed:   March 20, 2025 <br> Amended Complaint Filed: May 9, 2025 <br><br> District Judge: Hon. James V. Selna <br><br> Trial Date: March 2, 2027 |

## ORDER

The Court, having reviewed the parties' Stipulation of Dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby ORDERS that this action is DISMISSED, with each party to bear its own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

DATED: April 24, 2026

_____
Hon. James V. Selna
U.S. Magistrate Judge